IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02881-MJW

NIKA RAET BEY,

Plaintiff,

v.

MUSCLEPHARM CORPORATION,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

The Joint Motion of Parties to Set Briefing Schedule on Defendant Musclepharm Corporation's Motion to Dismiss (Docket No. 9) is GRANTED IN PART, insofar as it seeks a briefing schedule, and DENIED IN PART, insofar as it seeks a schedule extending into February 2015.

This case was initially filed six months ago, and Defendant's motion to dismiss has already been filed and briefed once. The joint motion does not suggest any change in circumstances that might preclude the previously filed documents from being re-filed, as is. Thus, there does not appear to be need for over 100 days of briefing, as proposed by the parties.

It is therefore ORDERED that Defendant's answer or other response to the complaint shall be filed no later than November 24, 2014. Any response and reply shall be filed in accordance with Local Civil Rule 7.1(d).

Finally, the Court notes that counsel for Plaintiff signed the parties' joint motion but has not yet entered an appearance. Counsel for Plaintiff is directed to enter an appearance forthwith. Counsel for Defendant is directed to serve a copy of this order on counsel for Plaintiff no later than October 31, 2014.

Date: October 30, 2014