IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02881-CMA-MJW

NIKA RAET BEY,

        Plaintiff,

v.

MUSCLEPHARM CORPORATION,

        Defendant.

_____

**UNOPPOSED MOTION FOR ATTORNEY WITHDRAWAL**
_____

Pursuant to D.C.COLO.LAttyR 5(b), the undersigned counsel, K. Allison White of the law firm Ballard Spahr LLP, respectfully moves this Court for entry of an Order granting her withdrawal as counsel of record for Defendant, MusclePharm Corporation.

As grounds for this Motion, the undersigned states as follows:

1. In compliance with D.C.COLO.L.CivR 7.1, counsel for Defendant has conferred with Plaintiff's counsel regarding this Motion, and is authorized to state that Plaintiff does not oppose this Motion.

2. Defendant will now be represented Regina M. Rodriguez of the law firm Faegre Baker Daniels LLP, who has entered her appearance in this lawsuit. *See* Dkt. No. 36 (Notice of Entry of Appearance of Regina M. Rodriguez).

3. In accordance with D.C.COLO.LAttyR 5(b), a Notice of Attorney Withdrawal will be simultaneously served on all counsel of record and on Defendant. A true and correct copy of the Notice is attached as Exhibit 1.

WHEREFORE, the undersigned respectfully requests that the Court enter an Order granting this Unopposed Motion for Attorney Withdrawal of K. Allison White.

Dated: January 7, 2015.

        Respectfully submitted,

        BALLARD SPAHR LLP

        By: /s/ *K. Allison White*
        K. Allison White #37136
        1225 17th Street, Suite 2300
        Denver, CO 80202-5596
        Phone Number: (303) 292-2400
        Fax Number: (303) 296-3956
        whiteka@ballardspahr.com

        **ATTORNEY FOR DEFENDANT,
        MUSCLEPHARM CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January, 2015, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR ATTORNEY WITHDRAWAL** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Annick Marie Persinger
Bursor & Fisher, P.A.
1990 North California Boulevard
Suite 940
Walnut Creek, CA 94596
925-300-4455
Fax: 925-407-2700
Email: apersinger@bursor.com

*Attorney for Plaintiff*

Regina M. Rodriguez
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
303-607-3610
Fax: 303-607-3600
Email: regina.rodriguez@faegrebd.com

*Attorney for Defendant MusclePharm Corporation*

**and by U.S. Mail First Class, Postage Pre-paid to:**

Kalina Pagano, Esq.
General Counsel
MusclePharm Corporation
4721 Ironton Street, Bldg. A
Denver, CO 80239

By: s/ *Katya H. Moses*_____
Katya H. Moses

3