IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02881-CMA-MJW

RAMONA JASPER, *a/k/a* Nika Raet Bey,
*on behalf of herself and all others similarly situated*,

Plaintiff,

v.

MUSCLEPHARM CORPORATION,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion to Stay Deadlines Pending Settlement (Docket No. 60) is GRANTED. It is further ORDERED that:

- The Rule 16 Scheduling Conference set for June 17, 2015, at 9:00 a.m., is VACATED;

- The deadline to submit a proposed scheduling order is VACATED;

- All proceedings in this case are STAYED; and

- The parties shall file a stipulated dismissal on or before July 15, 2015.

Date: June 8, 2015